MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| CHUE VUE, <br><br>    Plaintiff, <br><br>vs. <br>ANDREW SAUL, <br>Commissioner of Social Security, <br><br>    Defendant. | Case No.: 1:19-cv-01050-GSA <br><br> STIPULATION AND ORDER FOR AN EXTENSION OF TIME OF 30 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S OPENING BRIEF |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of 30 additional days to respond to Plaintiff's opening brief. The current due date is April 1, 2020. The new due date will be May 1, 2020.

    This is Defendant's first request for an extension of time for briefing and the first request in this case overall. There is good cause for this request and not intended to delay. Since the filing of Plaintiff's opening brief, Defendant's counsel has diligently worked on various district court cases and other substantive non-court matters, some of which required more time to complete than anticipated. Furthermore, on and around the original due date of April 1, 2020, counsel has

1

competing deadlines of at least four district court matters, within the week. Counsel also has at least 15 district court and substantive non-court matters scheduled between April 1, 2020, to May 1, 2020. Defendant requires additional time to review the record and properly evaluate the issues raised in Plaintiff's opening brief, to consider settlement options, and if not settling, to prepare Defendant's response to Plaintiff's brief.

Thus, Defendant is respectfully requesting additional time up to and including May 1, 2020, to respond to Plaintiff's opening brief. Defendant apologizes for the delay and any inconvenience caused by the delay.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Date: March 27, 2020     PENA & BROMBERG, ATTORNEYS AT LAW

*s/ Jonathan O. Pena by C.Chen\**
(As authorized by email on 3/27/2020)
JONATHAN O. PENA
Attorneys for Plaintiff

Date: March 27, 2020     MCGREGOR W. SCOTT
United States Attorney

By *s/ Carolyn B. Chen*
CAROLYN B. CHEN
Special Assistant U. S. Attorney

Attorneys for Defendant

IT IS SO ORDERED.

   Dated:   **March 30, 2020**              **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE